```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                          :
                                               :    Chapter 7
                                               :
Ravinder Thakur and Nillo Thakur,              :    Case No. 09-24187 (RDD)
                                               :
                          Debtors.             :
                                               :
---------------------------------------------------------------x
```

# ORDER DENYING MOTION SEEKING TO VACATE THE ORDER DENYING THE DEBTORS' MOTION TO REOPEN

Upon the motion, filed April 9, 2016 [Dkt. No. 151] (the "Motion"), of the above former debtors, Ravinder Thakur and Nillo Thakur (the "Debtors"), which the Court deems to be a motion to vacate or amend, under Fed. R. Bankr. P. 9024, the Court's Order, dated March 29, 2016 [Dkt. No. 149], denying Debtors' motion to reopen their bankruptcy case pursuant to 11 U.S.C. § 350(b); and the Court having considered the Motion and the record of the hearing held on March 24, 2016 on the motion to reopen this case, and having found no basis under Fed. R. Civ. P. 60, as incorporated by Fed. R. Bankr. P. 9024, to grant the relief sought in the Motion, which raises no new evidence or arguments that were not previously made or could reasonably have been made in connection with the motion to reopen this case; and the Court finding that the Motion does not set forth a sufficient basis to vacate the Court's prior order; accordingly, it is

**ORDERED**, that the Motion is denied.

Dated: September 6, 2017
       White Plains, New York

                                              /s/Robert D. Drain
                                              ROBERT D. DRAIN
                                              UNITED STATES BANKRUPTCY JUDGE